7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Shelley Regina Peppers
*Debtor*

*Bankruptcy Case No.*
12–43225–can7

**United States Trustee**
　Plaintiff(s)

*Adversary Case No.*
13–04187–can

v.

**Shelley Regina Peppers**
　Defendant(s)

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge of Defendant Shelley Regina Peppers be, and hereby is, REVOKED.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
　　Deputy Clerk

Date of issuance: 1/13/14

Court to serve